IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICHOLAS WELLS, # 207770, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-780-WKW |
| ) | [WO] |
| KENNETH PETERSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

On December 15, 2016, the Magistrate Judge filed a Recommendation (Doc. # 15) to which no timely objections have been filed. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 15) is ADOPTED;

2. Plaintiff's Petition for Writ of Mandamus (Doc. # 11) is DENIED; and

3. To the extent the Petition for Writ of Mandamus (Doc. # 11) may be construed as a Motion for Production of documents, it is also DENIED.

DONE this 23rd day of January, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE